1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  RAFAEL HUMBERTO MARTINEZ-FLORES

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   NO. 1:08-cr-0306 AWI
                                       )
12              *Plaintiff,*           )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE; ORDER
13      v.                             )
                                       )   Date:  February 23, 2009
14 RAFAEL HUMBERTO MARTINEZ-           )   Time:  9:00 a.m.
   FLORES,                             )   Judge: Hon. Anthony W. Ishii
15                                     )
                                       )
16              *Defendant.*           )
   _____ )

17      IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel

18 of record that the Status Conference in the above captioned matter scheduled for February 9, 2009 at 9:00

19 a.m. may be continued to February 23, 2009 at 9:00 a.m. The new date will be for a possible change of

20 plea.

21      The reason for the continuance is that more time is needed to complete research on criminal

22 history.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and 3161(h)(8)(A).

McGREGOR W. SCOTT
United States Attorney

DATED: February 4, 2009     By:  /S/ Ian Garriques
                                 IAN GARRIQUES
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


                                 DANIEL J. BRODERICK
                                 Federal Public Defender

DATED: February 4, 2009     By /s/ Victor M. Chavez
                                 VICTOR M. CHAVEZ
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 Rafael Humberto Martinez-Flores


**O R D E R**

IT IS SO ORDERED.

**Dated:   February 5, 2009**            /s/ Anthony W. Ishii
                                 CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hrg

2