| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>RAFAEL HUMBERTO MARTINEZ-FLORES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-0306 AWI |
| *Plaintiff,* | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) ) | Date: March 30, 2009 |
| RAFAEL HUMBERTO MARTINEZ-FLORES, | ) ) ) | Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |
| *Defendant.* | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the Status Conference in the above captioned matter scheduled for March 9, 2009 at 9:00 a.m. may be continued to **March 30, 2009 at 9:00 a.m.**

This stipulation is entered into at the defendant's request as additional time to complete investigation regarding criminal history is needed.

///
///
///
///
///
///
///

1 | The parties also agree that any delay resulting from this continuance shall be excluded in the
2 | interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and 3161(h)(8)(A).

                                            McGREGOR W. SCOTT
                                            United States Attorney

DATED: March 5, 2009                  By: /S/ Ian Garriques
                                                IAN GARRIQUES
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

                                            DANIEL J. BRODERICK
                                            Federal Public Defender

DATED: March 5, 2009                  By /s/ Victor M. Chavez
                                              VICTOR M. CHAVEZ
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              Rafael Humberto Martinez-Flores

**O R D E R**

IT IS SO ORDERED.

**Dated:  March 5, 2009**                **/s/ Anthony W. Ishii**
                                              CHIEF UNITED STATES DISTRICT JUDGE